COGBURN LAW OFFICES
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
bthomas@cogburnlaw.com
2879 St. Rose Pkwy., Suite 200
Henderson, NV 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS DEARAUJO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION; PNC MORTGAGE, A DIVISION OF PNC NATIONAL BANK; a foreign entity; DOES I through X inclusive; ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No: 2:12-cv-00981<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS<br><br>(Second Request) |

### STIPULATION

Defendants PNC Bank, National Association; PNC Mortgage, a division of PNC National Bank ("Defendants"), and Plaintiff Carlos DeAraujo ("Plaintiff"), by and through their respective counsel of record, hereby file this Stipulation. Plaintiff's Response to Defendant's Motion to Dismiss is currently due on July 24, 2012. The parties stipulate and agree as follows concerning that deadline:

1. On April 11, 2012, Plaintiff filed a Complaint in the above-entitled action in Eighth Judicial District Court Clark County, Nevada Case No.: A-12-659876-C.

2. Defendants filed a Notice of Removal of Action to United States District Court (#1) on June 11, 2012.

3. Plaintiff and Defendants stipulated and agreed that Defendants shall have until June 28th, 2012, to file their answer to Plaintiff's Complaint (#6).

4. Defendants filed a Motion to Dismiss Complaint (#8) on June 27, 2012.

5. Plaintiff and Defendants stipulated and agreed that Plaintiff would have until Tuesday July 24th, 2012, to file his Opposition to Defendants' Motion to Dismiss (#12).

6. The Court granted that stipulation. (#13).

7. Plaintiff and Defendants now stipulate and agree that Plaintiff will have until Friday July 27th, 2012, to file his Opposition to Defendants' Motion to Dismiss (#8).

8. Defendants shall have additional time to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss (#8).

9. Plaintiff has requested the foregoing extension because of illness of counsel, and Defendants have agreed to that request.

10. This is the second request for an extension of this deadline made by the parties.

11. This request for extension is not intended to cause any delay or prejudice to any party.

Dated this 24th day of July, 2012.

COGBURN LAW OFFICES

By: /s/ Byron E. Thomas, Esq.
Jamie S. Cogburn, Esq.
Nevada State Bar No.: 8409
Byron E. Thomas, Esq.
Nevada Bar no. 8906
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*

Dated this 24th day of July, 2012.

BALLARD SPAHR, LLP

By: /s/Edward Chang, Esq.
Edward Chang, Esq.
Nevada State Bar No.: 11783
Abran E. Vigil, Esq.
Nevada State Bar No.: 7548
Shane J. Young, Esq.
Nevada State Bar No.: 9457
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendants PNC Bank, National Association; PNC Mortgage, a division of PNC National Bank*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 24, 2012

Page 2 of 3

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 2879 St. Rose Pkwy, Suite 200, Henderson, NV 89052.

On July 24th, 2012, I served the within document(s):

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

[X] By **U.S. Mail** a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] By **CM/ECF Filing** – with the United States District Court of Nevada, a copy of the Court's notification of e-filing is attached to the hard copy for either faxing, mailing, overnight delivery, and/or hand-delivery.

[ ] By **Facsimile Transmission** – the transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is **attached** to the hard copy. The names and facsimile numbers of the person(s) served are as set forth below.

[ ] By **Overnight Delivery** – by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] By personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Edward Chang, Esq.
BALLARD SPAHR, LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendants PNC Bank, National Association;*
*PNC Mortgage, a division of PNC National Bank*

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Kristin Hottell*
An Employee of Cogburn Law Offices

Page 3 of 3