Abran E. Vigil, Esq.
Nevada Bar No. 7548
Shane J. Young, Esq.
Nevada Bar No. 9457
Edward Chang, Esq.
Nevada Bar No. 11783
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

*Attorneys for Defendants*
*PNC Bank, National Association;*
*PNC Mortgage, a division of PNC National Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS DEARAUJO, an individual; | CASE NO. 2:12-cv-00981-MMD-PAL |
| Plaintiff, | |
| v. | JOINT MOTION TO STAY DISCOVERY |
| PNC BANK, NATIONAL ASSOCIATION; PNC MORTGAGE, A DIVISION OF PNC NATIONAL BANK; a foreign entity; DOES I through X inclusive; ROE Corporations I through X, inclusive, | |
| Defendants. | |

Plaintiff Carlos DeAraujo ("Plaintiff"), by and through his counsel of record, COGBURN LAW OFFICES, and defendants PNC Bank and PNC Mortgage (collectively, "PNC" and with Plaintiff, the "Parties"), by and through their counsel of record, BALLARD SPAHR LLP, hereby request that the Court stay discovery until either the completion of PNC's review of Plaintiff's loan modification request or October 30, 2012, whichever occurs first.

The Parties held a Fed. R. Civ. P. 26(f) conference on August 30, 2012. Plaintiff requested and PNC agreed to review another loan modification request from Plaintiff. The Parties agreed that the requirements of Fed. R. Civ. P. 26(f) and

DMEAST #15720261 v1

1  LR 26-1 should be stayed until either the completion of PNC's review of Plaintiff's
2  loan modification request or October 30, 2012, whichever occurs first.
3  Plaintiff submitted his loan modification request on September 4, 2012.  PNC
4  requested additional documents on September 24, 2012, which Plaintiff submitted on
5  September 25, 2012.  Therefore, the Parties respectfully request that the Court stay
6  discovery until either the completion of PNC's review of Plaintiff's loan modification
7  request or October 30, 2012, whichever occurs first.

8  Dated this ___ day of September, 2012          Dated this 27th day of September, 2012
9  COGBURN LAW OFFICES                             BALLARD SPAHR LLP

*/s/ Whitney L. Welch*                            */s/ Abran E. Vigil*

Jamie S. Cogburn, Esq.                            Abran E. Vigil, Esq.
Nevada State Bar No. 8409                         Nevada Bar No. 7548
Whitney L. Welch, Esq.                            Shane J. Young, Esq.
Nevada State Bar No. 12129                        Nevada Bar No. 9457
2879 St. Rose Parkway, Suite 200                  Edward Chang, Esq.
Henderson, Nevada 89052                           Nevada Bar No. 11783
                                                  100 North City Parkway, Suite 1750
*Attorneys for Plaintiff*                         Las Vegas, Nevada 89106

                                                  *Attorneys for Defendants*
                                                  *PNC Bank, National Association;*
                                                  *PNC Mortgage, a division of PNC*
                                                  *National Bank*

**IT IS SO ORDERED** this 1st day of October, 2012.

*/s/ Peggy A. Leen*
Peggy A. Leen
United States Magistrate Judge